(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Rodriguez, Bruno | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Rodriguez, Kristi R. |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 6381 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 4533 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>11032 South Mason Avenue<br>Chicago Ridge, IL 60415 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>11032 South Mason Avenue<br>Chicago Ridge, IL 60415 |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | **Attorney:** Steven A. Leahy, 6273453<br>The Law Office of Steven A. Leahy<br>150 North Michigan Avenue<br>Suite 1100<br>Chicago, Illinois 60601  ph: 312.664.6649 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ]

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information (Estimates only)**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-611 - 31557

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/02/2004
Time: 16:36:20
Debtor: BRUNO RODRIGUEZ
Case: 04-28563    Fee : 194
Chapter: 13 Rec. # : 3093843
Judge: Jack Schmetterer
341 mtg: 08/30/2004 @ 02:30PM
ConfHrg: 10/06/2004 @ 12:30PM
Trustee: TOM VAUGHN
1:04BK28563-BK001

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>Bruno Rodriguez |
|---|---|

| | **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|---|
| Location<br>Where Filed:    NONE | **Case Number:** | | **Date Filed:** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  NONE | **Case Number:** | **Date Filed:** |
| District: | **Relationship:** | **Judge:** |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

7.31.04
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

STEVEN A. LEAHY 6273453
Printed Name of Attorney for Debtor(s)

The Law Office of Steven A. Leahy
Firm Name

150 North Michigan Avenue
Address

Suite 1100    Chicago, Illinois 60601

312.664.6649
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-610 - 31557

ABN AMRO MORTGAGE GROUP
2600 WESST BIG BEAVER ROAD
TROY, MI 48084

AMERICAN COLLECTIONS
919 ESTES CT.
SCHAUMBURG, IL 60193

CAVALRY PORTFOLIO SERV
4050 E COTTON CENTER BLV
PHOENIX, AZ 85040

CBCS
236 EAST TOWNE STREET
COLUMBUS, OH 43215

COLLECTION COMPANY OF
700 LONGWATER DR
NORWELL, MA 02061

CREDIT PROTECTION ASSOCIATION
1355 NOEL D SUITE 2100
DALLAS, TX 75240

CROSS COUNTRY BANK
PO BOX 15371
WILMINGTON , DE 19850

FERLEGER AND ASSOCIATES
134 N LASALLE
CHICAGO, IL 60602

FIRST NATIONAL CREDIT
500 E. 60TH STREET N
SIOUX FALLS,SD 57104

FIRST PREMIER BANK
900 W DELAWARE
SIOUX FALLS, SD 57104

GMAC
PO BOX 769
ORLAND PARK, IL 60462

K.C.A. FINANCIAL SERVICE
628 NORTH STREET
GENEVA, IL 60134

LELAND SCOTT & ASSOCIATES
4275 LITTLE ROAD
ARLINGTON, TX 76016

MEDICAL COLLECTION SYSTE
175 W JACKSON
CHICAGO, IL 60604

MEDICAL COLLECTIONS SY
725 S. WELLS AVE STE 700
CHICAGO, IL 60607
NCO FINC/SBEND
PO BOX 13570
PHILADELPHIA, PA 19101

MERCHANTS CREDIT GUIDE
223 W. JACKSON STREET
CHICAGO,IL 60606

NCO FINC/MAIN
PO BOX 41466
PHILADELPHIA, PA 19101

NICOR GAS
1844 FERRY ROAD
NAPERVILLE IL 60563

NICOR GAS
1844 FERRY ROAD
NAPERVILLE, IL 60563

OXFORD COLLECTION SERVICE
135 MAXESS ROAD STE 2A
MELVILLE, NY 11747

PARK DANSAN
P.O. BOX 248
GASTONIA, NC 28053

PEOPLES ENERGY
130 E RANDOLPH
CHICAGO, IL 60601

PEOPLES ENERGY
130 E. RANDOLPH
CHICAGO, IL 60601

PROVIDIAN BANKCORP
4940 JOHNSON DR
PLEASANTON, CA 94566

SPRINT
P.O.BOX 219718
KANSAS CITY MO

STANDARD FEDERAL BANK
2600 W. BIG BEAVER
TROY, MI 48084

THE BUREAUS
1721 CENTRAL ST
EVANSTON, IL 60204

TRUSTMARK RECOVERY SERVI
541 OTIS BOWEN DRI
MUNSTER, IN 46321

UNITED COLLECTION BUREAU, INC
5620 SOUTHWYCK BLVD.STE
TOLEDO, OH 43614

UNITED CREDIT NATIONAL
220 E. DENSON ROAD
SIOUX FALLS, SD 57104

UNITED CREDIT NATIONAL BANK
PO BOX 1229
SIOUX FALLS, SD 57107

WFFINANCE
1240 OFFICE PLAZA DR
WEST DES MOINES, IA 50266